Certificate Number: 16339-PAM-DE-031503668

Bankruptcy Case Number: 18-03410



16339-PAM-DE-031503668

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 21, 2018</u>, at <u>1:40</u> o'clock <u>PM EDT</u>, <u>Tina Swales</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: August 21, 2018   By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor